UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 1 2 2008

Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| BRIGHAM & WOMEN'S HOSPITAL<br>75 Francis Street,<br>Boston, MA  02115<br><br>and<br><br>THE GENERAL HOSPITAL CORPORATION<br>d/b/a MASSACHUSETTS GENERAL HOSPITAL<br>55 Fruit Street<br>Boston, MA  02114<br><br>and<br><br>MCLEAN HOSPITAL<br>115 Mill Street<br>Belmont, MA  02476<br><br>and<br><br>SPAULDING REHABILITATION HOSPITAL<br>125 Nashua Street<br>Boston, MA  02114<br><br>and<br><br>REHABILITATION HOSPITAL OF THE CAPE & ISLANDS<br>311 Service Road<br>East Sandwich, MA  02537<br><br>        Plaintiffs,<br><br>        v.<br><br>MICHAEL O. LEAVITT, Secretary<br>United States Department of Health and Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C.  20201<br><br>        Defendant. | Case Number:<br><br>Case: 1:08-cv-01412<br>Assigned To : Urbina, Ricardo M.<br>Assign. Date : 8/12/2008<br>Description: Admn. Agency Review |

## CORPORATE DISCLOSURE STATEMENT UNDER LOCAL RULE 7.1

Pursuant to Local Rule 7.1, the plaintiffs in the above-captioned action hereby file the following corporate disclosure statement:

3

1. The plaintiff, Brigham & Women's Hospital, is a non-profit corporation organized under the laws of the Commonwealth of Massachusetts. The parent company of Brigham & Women's Hospital is Partners HealthCare System, Inc., which is a non-profit corporation organized under the laws of the Commonwealth of Massachusetts and which also is the sole member of Brigham & Women's Hospital. Neither the plaintiff, Brigham & Women's Hospital, nor its parent company issues any stock.

2. The plaintiff, The General Hospital Corporation d/b/a Massachusetts General Hospital, is a non-profit corporation organized under the laws of the Commonwealth of Massachusetts. The parent company of Massachusetts General Hospital is Partners HealthCare System, Inc., which is a non-profit corporation organized under the laws of the Commonwealth of Massachusetts and which also is the sole member of Massachusetts General Hospital. Neither the plaintiff, Massachusetts General Hospital, nor its parent company issues any stock.

3. The plaintiff, McLean Hospital, is a non-profit corporation organized under the laws of the Commonwealth of Massachusetts. The parent company of McLean Hospital is Partners HealthCare System, Inc., which is a non-profit corporation organized under the laws of the Commonwealth of Massachusetts and which also is the sole member of McLean Hospital. Neither the plaintiff, McLean Hospital, nor its parent company issues any stock.

4. The plaintiff, Spaulding Rehabilitation Hospital, is a non-profit corporation organized under the laws of the Commonwealth of Massachusetts. The parent company of Spaulding Rehabilitation Hospital is Partners HealthCare System, Inc., which is a non-profit corporation organized under the laws of the Commonwealth of Massachusetts and which also is the sole member of Spaulding Rehabilitation Hospital. Neither the plaintiff, Spaulding Rehabilitation Hospital, nor its parent company issues any stock.

5. The plaintiff, Rehabilitation Hospital of the Cape & Islands, is a non-profit corporation organized under the laws of the Commonwealth of Massachusetts. The parent company

of Rehabilitation Hospital of the Cape & Islands is Partners HealthCare System, Inc., which is a non-profit corporation organized under the laws of the Commonwealth of Massachusetts and which also is the sole member of Rehabilitation Hospital of the Cape & Islands. Neither the plaintiff, Rehabilitation Hospital of the Cape & Islands, nor its parent company issues any stock.

By their attorney,

*/s/ Edward D. Kalman*
Edward D. Kalman, Esq.
D.C. Bar # 485092
BEHAR & KALMAN, LLP
6 Beacon Street, Suite 312
Boston, MA 02108-3802
Phone: (617) 227-7660
Fax: (617) 227-4208
ekalman@beharkalman.com

DATED this 6th day of August, 2008

F:\Data\Client\Partners\1999 Group Appeals\1999 Outpatient Blend Group Appeal\District Court\08.06.08 - Corporate Disclosure Statement Under Local Rule 7.1doc

3